IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| ERIC JONES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 19-06130-CV-W-HFS |
|  | ) |  |
| PAYDAYZ STAFFING SOLUTIONS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Plaintiff has filed a voluntary dismissal with prejudice of his claims asserted against defendant, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Accordingly, the above captioned case is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

s/ HOWARD F. SACHS
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

February 1 , 2021

Kansas City, Missouri